IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOHN BERNARD WILLIAMS, III, NATALIA LATHROP, and MIHAIL TOFAN**<br>*Plaintiffs,*<br><br>v.<br><br>**INTERNAL REVENUE SERVICE (BROOK-HOLTVILLE, NY), B. EVERDING, ELAINE CUSTUDIO, PAOLO RAPHAEL**<br>*Defendants.* | **1:22-CV-00399-ADA** |

## ORDER OF DISMISSAL

This case was filed on April 28, 2022. ECF No. 1. This case was recently reassigned to the docket of U.S. District Judge Alan Albright. ECF No. 11. Before reassignment, Plaintiffs were ordered to show cause in writing why this cause should not be dismissed for want of prosecution on or before October 25, 2022. ECF No 3. As of July 12, 2023, the Defendants had not yet been served and Plaintiffs had not responded to the previous Show Cause Order.

On July 12, 2023, the Court issued a Show Cause Order, instructing Plaintiffs to explain the failure to serve Defendants within one week of the order and why the Court should not dismiss this case for want of prosecution. ECF No. 12. The Court notified Plaintiffs that, in the absence of good cause, the Court may *sua sponte* dismiss this case without prejudice. *See id*. Plaintiffs failed to provide any explanation regarding the failure to timely serve Defendants or why the Court should not dismiss this case for want of prosecution. Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close this case.

**SIGNED** this 27th day of July, 2023.

                                         _____
                                         ALAN D ALBRIGHT
                                         UNITED STATES DISTRICT JUDGE